# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

NOVELL, INC.,
    Plaintiff

v.

DIGI-FI, LLC,
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11110 REK

TO: (Name and address of defendant)

Digi-Fi, LLC
30 East Borad Street, Columbus, Ohio

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott A. Birnbaum, Birnbaum & Associates, 268 Summer Street, Boston, MA 02210

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE: MAY 26 2004

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7-22-04 |
| NAME OF SERVER (PRINT) REV. ANTHONY T. HODGE | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Wife Betsy Randle

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server: Rev. A.T. Hodge

Address of Server: 1695 Franklin Ave, Col, Oh, 43205

TONYA NEWSOM
Notary Public, State of Ohio
My Commission Expires Feb. 3, 2008

NEWSOM
7/26/04

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.