UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NOVELL, INC.,

    Plaintiff,

v.

DIGI-FI, LLC,

    Defendant.

Civil Action No. 04-11110-REK

### NOTICE OF APPEARANCE

Please note the appearance of Floyd H. Anderson of the Law Offices of Floyd H. Anderson, P.C. as counsel for the Defendant in the above referenced matter.

_____
Floyd H. Anderson (BBO #018240)
Law Offices of Floyd H. Anderson, P.C.
170 Milk Street
Boston, MA 02109
617-423-4949

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 8/9/04   BWF