IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NOVELL, INC.,

      Plaintiff,

                                        Civil Action No. 04-11110 REK

   v.

DIGI-FI, LLC

      Defendant.

## MOTION FOR ADMISSION OF DONELL R. GRUBBS, PRO HAC VICE

Defendant Digi-Fi, LLC, by and through Floyd H. Anderson, Esq., Local Attorney, pursuant to Local Rule 83.5.3(b) of this Court, hereby moves for an order which grants the admission, *pro hac vice,* of Donell R. Grubbs, Esq., as trial-counsel in the above-referenced matter. A Memorandum in Support and the Declaration of Donell R. Grubbs accompany this Motion.

Pursuant to Local Rule 7.1(a)(2), the undersigned has consulted with counsel for the Plaintiff and this motion is not opposed.

Respectfully submitted:

                                                /s/ Floyd Anderson
                               Floyd Anderson, BBO # 018240
                               Law Offices of Floyd H. Anderson, P.C.
                               170 Milk Street
                               Boston, MA 02109
                               (617) 542-9910 / (617) 423-4929 *facsimile*
                               Local Attorney for Defendant

          *Pro hac vice* applicant: Donell R. Grubbs, Esq.
                               BUCKLEY KING, LPA
                               One Columbus, Suite 1300
                               10 West Broad Street
                               Columbus, Ohio 43215-3419
                                    grubbs@bucklaw.com
                               (614) 461-5600 / (614) 461-5630 *facsimile*

## MEMORANDUM IN **SUPPORT**

Defendant DigiFi, LLC, through its local counsel, seeks the admission *pro hac vice* of Donell R. Grubbs, Esq. to serve as its lead trial counsel in this matter. As reflected in his Declaration dated August 15, 2004, submitted herewith, Mr. Grubbs is admitted to practice in all the courts of the State of Ohio, the United States District Courts for the Southern and Northern Districts of Ohio, and the Fourth and Sixth Circuit Courts of Appeals. Mr. Grubbs is currently in good standing, is not and has never been the subject of disciplinary proceedings as a member of the bar in any of those jurisdictions. Finally, Mr. Grubbs has made himself familiar with the Local Rules of this honorable Court.

In light of the foregoing, and upon the Declaration and supporting documents filed with this Motion, Defendant respectfully requests that this Court grant Defendant's motion for the admission, *pro hac vice,* of Donell R. Grubbs as trial counsel in this action.

Respectfully submitted;

/s/ Floyd Anderson
Floyd Anderson, BBO 3 018240
Law Offices of Floyd H. Anderson, P.C.
170 Milk Street
Boston, MA 02109
(617) 542-9910 / (617) 423-4929 *facsimile*
Local Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by-mail/by hand.