UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NOVELL, INC., | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Action No. 04-11110 REK** |
| v. | ) | |
| | ) | **MOTION OF DEFENDANT** |
| DIGI-FI, LLC | ) | **DIGIFI, LLC TO DISMISS OR** |
| | ) | **TO TRANSFER VENUE** |
| Defendant. | ) | |

Defendant Digi-Fi, LLC ("Digifi"), pursuant to Fed. R. Civ. P. Rule 12(b)(2) and (3), hereby moves for an order which dismisses the Complaint of the Plaintiff on the grounds that this Court lack jurisdiction over the person of the Defendant, and that this action was commenced in an improper venue.

In the alternative, if in the Court's discretion a transfer of this matter to a proper or more convenient venue rather than dismissal is deemed appropriate, Defendant urges the Court, pursuant to 28 U.S.C. §1404(a) and §1406(a), to order a transfer of this matter to the United States District Court for the Southern District of Ohio, Eastern Division, which is a proper and the more appropriate venue for the convenience of parties and witnesses. A Memorandum in Support and the Affidavit of Bruce Niswander accompany this Motion.

Respectfully submitted,

*/s/ Floyd H. Anderson*
Floyd H. Anderson   BBO# 018240
Law Offices of Floyd H. Anderson, P.C.
170 Milk Street
Boston, MA 02109
(617) 542-9910 / (617) 423-4929 *facsimile*
Local Attorney for Defendant

|  |  |
|---|---|
| Of Counsel, *pro hac vice*: | Donell R. Grubbs, Esq.<br>BUCKLEY KING, LPA<br>One Columbus, Suite 1300<br>10 West Broad Street<br>Columbus, Ohio 43215-3419<br>grubbs@bucklaw.com<br>(614) 461-5600 / (614) 461-5630 *facsimile* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

9/7/04   BwF