UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOVELL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-FI, LLC, <br><br> Defendant. | Civil Action No. 04-11110-REK |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(2)**

I, Floyd H. Anderson, local counsel for the Defendant Digi-Fi, LLC, hereby certify that I have conferred with Scott A. Birnbaum, counsel for the Plaintiff Novell, Inc., regarding the Motion of Defendant Digi-Fi, LLC to Dismiss or to Transfer Venue and we have attempted to resolve or narrow the issues discussed therein, but have been unable to do so.

Respectfully Submitted,

*/s/ Floyd H. Anderson*
Floyd H. Anderson, Esq. (BBO #018240)
Law Offices of Floyd H. Anderson, P.C.
170 Milk Street
Boston, MA 02109
(617) 542-9910

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 9/7/04  BWF