IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOVELL, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 04-11110 REK |
| v. ) | |
| ) | |
| DIGI-FI, LLC ) | |
| ) | |
| **Defendant.** ) | |

**DECLARATION OF DONELL R. GRUBBS
IN SUPPORT OF MOTION FOR ADMISSION, *PRO HAC VICE*,
AS COUNSEL FOR DEFENDANT**

Donell R. Grubbs, Esq., being of legal age and pursuant to 28 U.S.C. §1746, deposes and says:

1. Since November 12, 1986, I have been and remain an attorney duly licensed to practice law in all courts of the State of Ohio.

2. I am also admitted to practice in the United States District Courts for the Southern and Northern Districts of Ohio, and the Fourth and Sixth United States Circuit Courts of Appeals.

3. I am currently in good standing as a member of the bar of the State of Ohio, as evidenced by the attached Certificate of Good Standing issued by the Supreme Court of Ohio. I am not and have never been the subject of disciplinary proceedings as a member of the bar in any of the jurisdictions of which I am a member.

4. I have obtained and made myself familiar with the Local Rules of this Honorable Court.

5. For all the foregoing reasons, and pursuant to the accompanying motion, I hereby request leave to appear *pro hac vice* as trial counsel for the Defendant Digi-Fi, LLC, in the within matter, pursuant to Local Rule 83.5.3(b) of this Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2004
Columbus, Ohio

_____
Donell R. Grubbs

H:\CL\23308\001\admit.Grubbs.declar.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 9/7/04   BWF

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Donell Roy Grubbs

was admitted to the practice of law in Ohio on November 12, 1986; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of August, 2004.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Services Counsel*