UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOVELL, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIGI-FI, LLC,<br><br>　　　　　Defendant. | Civil Action No. 04-11110-REK |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(2)

I, Floyd H. Anderson, local counsel for the Defendant Digi-Fi, LLC, hereby certify that I have conferred with Scott A. Birnbaum, counsel for the Plaintiff Novell, Inc., regarding the Motion of Defendant Digi-Fi, LLC to Dismiss or to Transfer Venue and we have attempted to resolve or narrow the issues discussed therein, but have been unable to do so.

Respectfully Submitted,

_____
Floyd H. Anderson, Esq. (BBO #018240)
Law Offices of Floyd H. Anderson, P.C.
170 Milk Street
Boston, MA 02109
(617) 542-9910

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 9/7/04  BWF