UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NOVELL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGI-FI, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11110-REK <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO EXTEND TIME TO RESPOND
TO MOTION TO DISMISS OR TO TRANSFER VENUE**

Plaintiff Novell, Inc. ("Novell") and Defendant Digi-Fi, LLC ("Digi-Fi") hereby stipulate to extend the time for Novell to respond to Digi-Fi's Motion to Dismiss or to Transfer Venue filed in the above-captioned action to October 21, 2004.

| **NOVELL, INC.** | **DIGI-FI, LLC** |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Scott A. Birnbaum | /s/ Floyd H. Anderson (by SAB w/perm.) |
| Scott A. Birnbaum (BBO # 543834) | Floyd H. Anderson (BBO # 018240) |
| Melissa M. Longo (BBO # 647649) | Law Offices of Floyd H. Anderson |
| BIRNBAUM & ASSOCIATES, P.C. | 170 Milk Street |
| 268 Summer Street | Boston, MA 02109 |
| Boston, MA 02210-1108 | (617)542-9910 |
| (617) 542-3100 | |

September 21, 2004