# BIRNBAUM & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

Scott A. Birnbaum
sab@birnbaumlaw.com

268 Summer Street
Boston, MA 02210-1108
Tel: (617) 542-3100
Fax: (617) 542-3111

October 21, 2004

**By Electronic Filing**

Hon. Robert E. Keaton
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  Novell, Inc. v. Digi-Fi, LLC
     Docket No. 04-11110-REK

Dear Judge Keaton:

We represent the Plaintiff in the above-referenced matter.

I am writing to inform the Court that the parties have reached a resolution in principle of Defendant Digi-Fi, LLC's Motion to Dismiss or Transfer Venue. In general, the parties have agreed that the action should be transferred to the U.S. District Court for the Southern District of Ohio. The parties are currently preparing a stipulation to this effect that will be filed with the Court very soon.

Respectfully,

Scott A. Birnbaum

cc: Floyd Anderson, Esq. (by fax)