UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NOVELL, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) CIVIL ACTION NO. 04-11110-REK |
|  | ) |
| DIGI-FI, LLC, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**STIPULATION TO TRANSFER OF CASE**

Plaintiff Novell, Inc. ("Novell") and Defendant Digi-Fi, LLC ("Digi-Fi") hereby

stipulate and agree as follows:

1.    Defendant's Motion to Dismiss may be denied without prejudice.

2.    Defendant's alternative Motion to Transfer should be granted, and this

action should be transferred, pursuant to 28 U.S.C. § 1404(a), to the U.S.

District Court for the Southern District of Ohio, Eastern Division, at

Columbus.

3.    Defendant shall file and serve its responsive pleading to Novell's

Complaint within twenty (20) days after this action has been entered on

the docket of the U.S. District Court for the Southern District of Ohio.

4.    Nothing herein shall be construed as an admission as to the merits of any

claims or defenses asserted in this matter.

2

| **NOVELL, INC.** | **DIGI-FI, LLC** |
|---|---|
| By its attorneys, | By its attorneys, |

| | |
|---|---|
| /s/ Scott A. Birnbaum | /s/ Floyd H. Anderson (by SAB w/perm.) |
| Scott A. Birnbaum (BBO # 543834) | Floyd H. Anderson (BBO # 018240) |
| Melissa M. Longo (BBO # 647649) | Law Offices of Floyd H. Anderson |
| BIRNBAUM & ASSOCIATES, P.C. | 170 Milk Street |
| 268 Summer Street | Boston, MA 02109 |
| Boston, MA 02210-1108 | (617)542-9910 |
| (617) 542-3100 | |

October 22, 2004